JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RONALD WESLEY SAMSON,

Petitioner,

v.

SIRCOYA WILLIAMS,

Respondent.

No. CV 26-8404-ODW(E)

ORDER ADMINISTRATIVELY CLOSING CASE

On October 8, 2026, Petitioner filed "Petitioner's Motion to Administratively Close this Case for Cause" ("the Motion"). On October 22, 2026, Respondent filed "Non-Opposition to Motion to Administratively Close Case." Respondent does not oppose the closure requested by Petitioner, but does contend that the additional request in the Motion for a ruling regarding equitable tolling is premature.

It is ordered that this case is administratively closed. It is further ordered that the Motion is otherwise denied without prejudice. The Court may not properly rule now on tolling issues potentially relevant to a statute of limitations defense that may or may not be

///

///

interposed in the future. See, e.g., United States v. Cook, 795 F.2d 987, 994 (Fed. Cir. 1986); see generally U.S. Const. art. III, § 2.

DATED: October 27, 2026

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

PRESENTED this 26th day of October, 2026, by:

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE